FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-14-00139-CV

## Trial Court No. 13-3367-E

**John Kevin Gardner**

**Vs.**

**Julia Gardner**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
| --- | --- | --- |
| Motion fee | $10.00 | Candace O Sessums |
| Clerk's record | $203.50 | Unknown |
| Motion fee | $10.00 | John Gardner |
| Motion fee | $10.00 | Candace  Sessums |
| Filing | $100.00 | John Gardner |
| Required Texas.gov efiling fee | $20.00 | John Gardner |
| Indigent | $25.00 | John Gardner |
| Supreme Court chapter 51 fee | $50.00 | John Gardner |
| **TOTAL:** | $428.50 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 28th day of December 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk